160 A.3d 767

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David THOMPSON, Petitioner**

**No. 267 EAL 2016**

Supreme Court of Pennsylvania.

October 27, 2016

## ORDER

PER CURIAM

**AND NOW,** this 27th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**